Jack Silver, Esq. SBN 160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel. (707) 528-8175
Fax. (707) 542-7139
lhm28843@sbcglobal.net

Attorney for Plaintiff
Northern California River Watch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,

Plaintiff,

v.

CATHY STUDEBAKER; SOUTHERN HUMBOLDT WORKING TOGETHER INCORPORATED; RANDALL SAND AND GRAVEL; DOES 1-10, Inclusive,

Defendants.
_________________________________/

CASE NO: C05 00805 CRB

**NOTICE OF VOLUNTARY DISMISSAL**

NOTICE IS HEREBY GIVEN that pursuant to FRCP § 41(a), Plaintiff NORTHERN CALIFORNIA RIVER WATCH voluntarily dismisses the above-captioned action with prejudice.

Dated: May 3, 2005

JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT
APPROVED
Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

May 03, 2005